Della Kirk, administratrix of the estate of Robert Kirk, deceased, appellee, v. Federal Coal Company, appellant.

Action to recover for death of minor caused by shot fired in adjoining room blowing through into room in which deceased had taken refuge. Judgment for plaintiff. Appeal from the Circuit Court of Williamson county; the Hon. Benjamin W. Pope, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.

A. M. Fitzgerald, W. O. Potter and William E. Wheeler, for appellant. Neely, Gallimore & Cook, for appellee.

Mr. Justice McBride delivered the opinion of the court.

Troy Russell, appellee, v. Saline County Coal Company, appellant.

Action by mule driver in mine to recover for personal injuries caused by kick from mule and being run over by moving car while endeavoring to escape from mule. Judgment for plaintiff. Appeal from the Circuit Court of Saline county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.

A. E. Somers and Miley & Combe, for appellant; Warren Nichols, of counsel. Lewis, Ronalds & Lewis, for appellee.

Mr. Justice McBride delivered the opinion of the court.

# FIRST DISTRICT.

James F. Bishop, administrator of the estate of Florence L. Harris, deceased, appellee, v. Lambert C. Wieland et al., appellants. Gen. No. 24,025.

Action to recover for death of child falling from porch because of defective railing. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed October 1, 1918. Rehearing denied October 14, 1918.

Albert R. Gates and William J. Lacey, for appellants. James L. Bynum, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

Bird-Sykes Company, appellee, v. Paul W. Schroeder, appellant. Gen. No. 24,080.

Action against an accommodation indorser on a note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918.

Rathje, Wesemann & Van Schaick, for appellant. Osborne, Cloud & Kline, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.